UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JOHN VACCA, DENNIS PERRY, MARK
RUGGIERO, JEFFREY ISAACS, KIRK
CONAWAY, as TRUSTEES OF THE
LOCAL 917 PENSION FUND, LOCAL 917
PENSION FUND,

                Plaintiffs,

       - against -

BRIDGE CHRYSLER JEEP DODGE, INC.,
d/b/a BRIDGE CHRYSLER PLYMOUTH,

                Defendant.
----------------------------------------------------------X

*Order*

*The recommendation of the U.S. Mag. Judge is adopted.*

s/Edward R. Korman

9/25/08

**REPORT AND RECOMMENDATION**

CV 06-3543 (ERK) (AKT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ SEP 25 2008 ★

BROOKLYN OFFICE

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

**I.   PRELIMINARY STATEMENT**

Plaintiffs John Vacca, Dennis Perry, Mark Ruggiero, Jeffrey Isaacs, and Kirk Conaway, as Trustees of the Local 917 Pension Fund, and the Local 917 Pension Fund commenced this action against Defendant Bridge Chrysler Jeep Dodge, Inc., doing business as Bridge Chrysler Plymouth, pursuant to Sections 502, 515 and 4301 of the Employee Retirement Income Security Act of 1974 ("ERISA") as amended 29 U.S.C. §§ 1132, 1145, and 1451 to compel Defendant to pay withdrawal liability to Plaintiff Local 917 Pension Fund as required by the Mutliemployer Pension Plan Amendments of 1980 ("MPPAA"), 29 U.S.C. § 1381, et seq. Am Compl. ¶ 1. Currently pending before the Court is Plaintiffs's unopposed motion for summary judgment [DE 27] which has been referred to me by District Judge Korman for a Report and Recommendation.